**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF VIRGINIA**
**HARRISONBURG DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| 1524 CC RD LLC, | ) | Case No. 25-50402 |
| | ) | |
| Debtor.[1] | ) | |

**REPORT OF COMPLIANCE WITH 11 U.S.C. §§ 1116(1)(B)**

1524 CC RD, LLC, the Debtor and Debtor in Possession (the "Debtor") by its proposed

counsel, does hereby provide the Declaration of Compliance with 11 U.S.C. § 1161(1)(B),

attached hereto as **Exhibit A**.

Dated: August 11, 2025             Respectfully submitted,

/s/ *Michael E. Hastings*
Michael E. Hastings (VSB No. 36090)
Justin E. Simmons (VSB No. 77319)
WOODS ROGERS VANDEVENTER BLACK PLC
10 S. Jefferson Street, Suite 1800
Roanoke, Virginia  24011
T:  540.983.7568
F:  540.322.3417
michael.hastings@woodsrogers.com
justin.simmons@woodsrogers.com

*Proposed Counsel for the Debtors and*
 *Debtors in Possession*

CERTIFICATE OF SERVICE

I hereby certify that on the 11th day of August 2025, true and correct copy of the
following documents were served by U.S. Mail, First Class, Postage Prepaid, or by electronic
mail, where indicated, to the parties identified on **Exhibit B** attached hereto.

/s/ *Michael E. Hastings*
Michael E. Hastings

---

[1] The Debtor in this Chapter 11 Case and the last four digits of its federal Employer Identification Number is as
follows:  1524 CC Rd LLC (1763).  The Debtor's principal place of business is located at 1524 Country Club Road,
Harrisonburg, VA 22802.

# EXHIBIT A

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF VIRGINIA**
**HARRISONBURG DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| 1524 CC RD LLC, | ) | Case No. 25-50402 |
| | ) | |
| Debtor.[2] | ) | |

## DECLARATION OF COMPLIANCE WITH 11 U.S.C. §§ 1116(1)(B)

I, Dominique Kostelac, Managing Member of the Debtor, hereby declare under penalty of perjury that the following information is true and correct to the best of my knowledge, information, and belief:

1. I am the Managing Member, holding 75% of all the membership interests, of 1524 CC Rd LLC (the "Debtor").

2. I am duly authorized to make this Declaration on behalf of the Debtor.

3. The Debtor has not historically prepared in the regular course of its business a balance sheet, statement of operations, or cash-flow statement.

4. The Debtor has not filed any tax returns.

Dated: August 11, 2025                    Respectfully submitted,


                                          /s/ *Dominique Kostelac*
                                          Dominique Kostelac

---

[2] The Debtor in this Chapter 11 Case and the last four digits of its federal Employer Identification Number is as follows: 1524 CC Rd LLC (1763). The Debtor's principal place of business is located at 1524 Country Club Road, Harrisonburg, VA 22802.

2

# EXHIBIT B

1.      Margaret K. Garber
        Assistant United States Trustee
        Office of the United States Trustee
        210 First Street, SW, Suite 505
        Roanoke, VA 24011

2.      Roosevelt Road Holdings, LLC
        c/o Quinton B. Callahan, Esq.
        Clark & Bradshaw, P.C.
        92 N. Liberty Street
        Harrisonburg, VA  22802

3.      Roosevelt Road Holdings, LLC
        15 Davis Avenue
        Poughkeepsie, NY  12603

4.      Chris Lam
        1524 Country Club Road
        Harrisonburg, VA  22802

5.      Fulcrum Development LLC
        1701 Allied Street, Suite B
        Charlottesville, VA  22903

6.      Fulcrum Development LLC
        c/o Justin A. Ritter, Esq.
        Ritter Law PLLC
        240 W. Main St., Ste 100-CW125
        Charlottesville, VA  22902

7.      City of Harrisonburg, VA
        409 S. Main Street
        Harrisonburg, VA  22801

8.      John James
        7 Burning Ember
        Palm Coast, FL  32137