**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF VIRGINIA**
**(Harrisonburg Division)**

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| 1524 CC RD LLC, *et. al.*, ) | |
| ) | Case No. 25-50402 |
| Debtors. ) | (Jointly Administered) |

**DECLARATION OF DOMINIQUE KOSTELAC**
**IN SUPPORT OF DEBTORS' FINANCING MOTION**

DOMINIQUE KOSTELAC, being duly sworn, deposes and says:

1. I am a resident of the Commonwealth of Virginia, over 18 years old and am competent to make this declaration.

2. I am the owner of 1524 CC RD LLC and 1528 CC RD LLC (the "Debtors"). This Affidavit is submitted in support of the *Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing Junior Secured Post-Petition Financing Pursuant to 11 U.S.C. § 364, (II) Authorizing Use of Cash Collateral, (III) Granting Adequate Protection Pursuant to 11 U.S.C. §§ 361, 363, and 364, (IV) Scheduling a Final Hearing, and (V) Granting Related Relief* (the "DIP Motion"), which is being submitted contemporaneously herewith.

3. I also serve as the managing owner of Aquarryum LLC, a Virginia limited liability company ("Aquarryum"). Aquarryum was formed in 2022 and is a real estate investment company based in central Virginia.

4. Aquarryum is primarily funded by various third-party private investors unrelated to the Debtors.

5. Aquaryum has agreed to fund the Debtors in accordance with the terms proposed under the DIP Term Sheet presented in the DIP Motion.

6. I have acted on behalf of the Debtors to pursue refinancing before the Debtors filed these bankruptcy cases, and have personally explored alternative post-petition financing options in the time since the bankruptcy cases were filed.

7. I have approached no fewer than three other potential lenders requesting post-petition financing for the Debtors. None of them have committed to financing.

8. I have not found any potential lender that is willing to finance the Debtors on an unsecured basis.

9. I have not found any potential lender that is willing to finance the Debtors on any more favorable terms than those proposed in the DIP Motion, and made available from Aquarryum.

10. I believe it is in the best interests of the Debtors to enter into the DIP Facility on the terms proposed in the DIP Term Sheet.

Under penalty of perjury, I declare that the foregoing is true and correct.

*/s/ Dominique Kostelac    (with permission)*
Dominique Kostelac