# UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### (Harrisonburg Division)

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| 1524 CC RD LLC, *et al.*, ) | |
| ) | Case No. 25-50402 |
| Debtors.[1] ) | (Jointly Administered) |
| ) | |
| Roosevelt Road Holdings, LLC ) | |
| ) | |
| Movant, ) | |
| ) | |
| v. ) | Contested Matter |
| ) | |
| 1524 CC RD LLC, *et al.*, ) | |
| ) | |
| Respondents. ) | |
| ) | |
| ) | |

## DEBTORS' RESPONSE TO NOTICE OF DEFAULT

1524 CC RD LLC and 1528 CC RD LLC ("Debtors"), by counsel, who state as follows for their response to the Notice of Default [ECF Docket No. 85] issued by Roosevelt Road Holdings, LLC ("Roosevelt Road"):

1. The Debtors do not dispute that the February 1, 2026 Adequate Protection Payment was not timely made, and acknowledge receipt of the Notice of Default on February 3, 2026, consistent with the Consent Order. *See, Consent Order*, entered October 29, 2025 [ECF Docket No. 64].

2. The Debtors report that the payment has been delayed as a result of unanticipated, but temporary, interruptions in availability of capital from their post-petition DIP lender. Specifically, the Debtors have been informed that funds which originally were going to be

---

[1] The principal address of the Debtors is 1785 Frays Mill Rd., Ruckersville, Virginia, 22968 and the last four digits of the Debtors' federal tax identification numbers are 1763 and 2117, respectively.

1

available in mid-January have been delayed but will be provided as soon as they become available, to fund the Debtors' February and future draws.

3. The Debtors' maintain their commitment to providing adequate protection to Roosevelt Road as they continue to make progress with their developing plan.

Dated: February 23, 2026      Respectfully Submitted

/s/ *Brian H. Richardson*
Michael E. Hastings (VSB No. 36090)
Brian H. Richardson (VSB No. 92477)
WOODS ROGERS VANDEVENTER BLACK PLC
10 S. Jefferson Street, Suite 1400
Roanoke, Virginia 24011
T: 540.983.7568
F: 540.322.3417
e-mail: michael.hastings@woodsrogers.com
brian.richardson@woodsrogers.com
*Counsel for the Debtors and Debtors in Possession*

### CERTIFICATE OF SERVICE

I hereby certify that on February 23, 2026, the foregoing was filed electronically with the U.S. Bankruptcy Court and was served electronically on all necessary parties receiving electronic service in this case by the CM/ECF system.

/s/ *Brian H. Richardson*