UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

IN RE:

1524 CC RD LLC, et al.,

Debtor(s).

Chapter 11

Case No. 25-50402-RBC-11

## NOTICE OF DEFAULT

COMES NOW Roosevelt Road Holdings, LLC (hereinafter "Roosevelt"), pursuant to a Consent Order Modifying Automatic Stay entered in this bankruptcy dated October 29, 2025 [Dkt. No. 64] (hereinafter "Order"), and pursuant to paragraph 5 states the Debtors 1524 CC RD LLC and 1528 CC RD LLC (hereinafter the "Debtors") have failed to faithfully perform all their obligations pursuant to the Order.

Roosevelt hereby gives Notice of Default to the Debtors, Debtors' counsel and the interested parties set forth on the certification hereto, and pursuant to the Order states the following:

(a) Debtors are in default, in making their Adequate Protection Payment in the amount of $11,000.00 due on March 1, 2026, as required by paragraph 4 of the Order (hereinafter "Default"); and

(b) Debtors remain in default in making their Adequate Protection Payment in the amount of $11,000.00 which was due on February 1, 2026.

Date: March 2, 2026

By: /s/ Quinton B. Callahan
Quinton B. Callahan, Esq. (VSB #81357)
Clark & Bradshaw, P.C.
92 North Liberty Street
Harrisonburg, VA  22801
Telephone: (540) 433-2601
Facsimile: (540) 437-0625
Email: qcallahan@clark-bradshaw.com
Counsel for Roosevelt Road Holdings, LLC

## **CERTIFICATE OF MAILING**

I hereby certify that a true copy of the foregoing Notice of Default was mailed by U.S. Mail this 2nd day of March 2026, and that all necessary parties to this action will receive an electronic copy of this Notice via email (where available), including:

1524 CC RD LLC &
1528 CC RD LLC
1785 Frays Mill Road
Ruckersville, Virginia 22968
*Debtors*

Michael E. Hastings, Esq. (VSB #36090)
Brian H. Richardson, Esq. (VSB #92477)
WOODS ROGERS VANDEVENTER BLACK PLC
10 S. Jefferson Street, Suite 1800
Roanoke, Virginia 24011
Email: Michael.hastings@woodsrogers.com
Email: brian.richardson@woodsrogers.com
*Attorney for Debtors and Debtors in Possession*

Margaret K. Garber
Assistant United States Trustee
Office of the United States Trustee
Department of Justice
210 First Street, S.W., Suite 505
Roanoke, Virginia 24011
*United States Trustee*

                                         /s/  Quinton B. Callahan
                                         Quinton B. Callahan, Esq. (VSB #81357)